UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

KOSSOFF PLLC,

                Appellant.

21-CV-9924 (JPO),
21-CV-9938 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Appellant's motion to stay is granted through December 2, 2021, and the Trustee shall file its response by December 1, 2021.

    SO ORDERED.

Dated: November 30, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge