UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

KOSSOFF PLLC,

               Appellant.

21-CV-9924 (JPO)
21-CV-9938 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Because the emergency relief sought by the appellant in both of these bankruptcy appeals has been denied, the Clerk of Court is directed to close these cases as moot.

    SO ORDERED.

Dated: December 21, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge